**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL WELLS,

        Plaintiff,

v.                                                         Case No:   6:25-cv-485-WWB-LHP

PIE EMPIRE, LLC and DONALD
BOYLE,

        Defendants

---

**ORDER**[1]

    This matter comes before the Court on Plaintiffs' Notice of Settlement, stating that the parties have settled the case.  Doc. No. 28.  Based thereon, and given that this case arises under the Fair Labor Standards Act ("FLSA"), it is **ORDERED** that, on or before **June 27, 2025**, the parties shall file a motion for settlement approval under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).  The motion must be supported by a copy of a fully executed settlement agreement.   In the motion, the parties shall explain the amount of wages Plaintiff claimed to be owed, whether and to what extent Plaintiff compromised his claims, whether the

---

[1] This matter has been referred to the undersigned for case management.   Doc. No. 5.

amount of attorney's fees and costs was agreed upon separately and without regard to the amount Plaintiff agreed to accept, and, if not, evidence that the attorney's fees and costs to be paid under the settlement are reasonable.   In addition, if the parties have agreed to any additional terms such as a broad or general release, or confidentiality, nondisparagement, or no re-employment provisions, counsel must explain why such provisions do not impact the reasonableness and fairness of the settlement amount.

**DONE** and **ORDERED** in Orlando, Florida on May 27, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties